[No. 38109-1-I.    Division One.    March 24, 1997.]

DONNA JOHNSON, *Appellant*, v. ALLSTATE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-29307-9, Sally Phillips Pasette, J., entered January 5, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 38159-8-I.    Division One.    March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT SIDWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-04613-1, Michael Spearman, J., entered January 22, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38270-5-I.    Division One.    March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS THERON EDMONDSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06660-3, Donald D. Haley, J., entered February 22, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38408-2-I.    Division One.    March 24, 1997.]

SCOTT F. OGLESBEE, ET AL., *Respondents*, v. DENNIS ANDERSEN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 94-2-00299-9, Stanley K. Bruhn, J., entered February 26, 1997. *Affirmed* by unpublished per curiam opinion.